**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gina Shofner,                                              Court File No.: 04-cv-4391 PAM/RLE

      Plaintiff,

v.                                                                                    **ORDER**

Gauthier, Nechodom, Anderson, Inc., and
Dennis R. Gauthier, Sr.,

      Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                              **BY THE COURT**

Dated: February __8__, 2006           s/Paul A. Magnuson
                                           The Honorable Paul A. Magnuson
                                           Judge of United States District Court